# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2013

## NO.  03-10-00499-CV

**Appellant, Marc R. Wein // Cross-Appellant, William Sherman**

**v.**

**Appellees, William Sherman and Eduardo Alarcon // Cross-Appellee, Marc R. Wein**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.